FRANK MORGAN v. R. W. KINGSLAND.

195 So. 927
En Banc
Opinion Filed April 26, 1940

*Lewis R. King* and *A. Judson Hill,* for Appellants; *C. E. Farrington* and *J. H. Lathero,* for Appellee.

PER CURIAM.—The order appealed from in this case will be affirmed upon the authority of Robins v. Jones, 101 Fla.

1086, 132 So. 840, and Demos v. Walker, 99 Fla. 302, 126 So. 305.

Affirmed.

TERRELL, C. J., WHITFIELD, BROWN, CHAPMAN and THOMAS, J. J., concur.

Justice BUFORD not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.